Decided January 3, 2005

GIL GILBERT *v.* BEAVER DAM ASSOCIATION OF STRATFORD, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 85 Conn. App. 663 (AC 23729), is denied.

*Laurence V. Parnoff*, in support of the petition.

*Jonathan S. Bowman* and *Barbara S. Schellenberg*, in opposition.

Decided January 3, 2005